UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-2942

_____

UNITED STATES OF AMERICA

v.

NICOLE K. SCHUSTER,
                                        Appellant

_____

(2:23-cr-00406-001)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present: KRAUSE, MATEY, and SCIRICA, Circuit Judges


        The petition for rehearing filed by the government in the above-entitled case
having been submitted to the judges who participated in the decision of this Court, it is
hereby ORDERED that the petition for rehearing by the panel is granted.  The opinion
and judgment issued on January 14, 2026, are VACATED.  A revised opinion and
judgment will be filed.


                                        BY THE COURT,

                                        s/ Cheryl Ann Krause
                                        Circuit Judge

Dated: March 23, 2026

cc: All Counsel of Record